# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANDREW HINERMAN  v.  TRIDENT MORTGAGE COMPANY LP et al. | CIVIL ACTION  NO. 21-5200 |
|---|---|

## ORDER RE: PLAINTIFF'S MOTION TO REMAND

**AND NOW**, this 27th day of January, 2022, after careful consideration of Plaintiff Andrew Hinerman's Motion to Remand (ECF 2), Defendant Trident Mortgage Company LP's Response (ECF 9), and Plaintiff's Reply (ECF 11), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 21\21-5200 Hinerman v. Trident Mortgage et al\21cv5200 Order re Motion to Remand.docx